UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ALLEN RHEAUME, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | File No. 1:10-cv-318-jgm |
| | : | |
| ROBERT HOFMANN, | : | |
| SANDRA OLBERG, | : | |
| TAMMY KENNISON, | : | |
| and JERRI BROUILLETTE, | : | |
|     Defendants | : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed June 6, 2011. (Doc. 26.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendants' Motion to Dismiss (Doc. 17) is GRANTED, and this case is DISMISSED without prejudice. Plaintiff's request for reconsideration (Doc. 29) of the Magistrate Judge's Order denying his motion to stay the proceedings (Doc. 10) is DENIED.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 19th day of July, 2011.

                                      /s/ J. Garvan Murtha
                                      Honorable J. Garvan Murtha
                                      United States District Judge